# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID V. JORDAN,  *Plaintiff*, | : : : |
| v. | : CIVIL ACTION NO. 24-CV-0906 |
| DR. SAEED BAZEL, *et al.*,  *Defendants*. | : : : |

## ORDER

AND NOW, this 15th day of December, 2025, upon consideration of Defendant Dr. Saeed Bazel, M.D.'s Motion to Dismiss (Dkt. No. 58) and Plaintiff David V. Jordan's Response thereto (Dkt. Nos. 68, 69), it is **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Defendant Dr. Saeed Bazel, M.D., shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**